**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

SHARGOWI LNU, *et al.*,

          Petitioner,

      v.

BARACK H. OBAMA,
President of the United States, *et. al.*,

          Respondents.
_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 09-745 (RCL)

## <u>ORDER</u>

Upon consideration of the Consent Motion for Extension of Time for Petitioner Shargowi

LNU (ISN 1457) to File his Reply in Support of his Motion for Discovery, it is hereby ordered

that said motion be and hereby is **GRANTED.** Petitioner shall file his Reply in Support of his

Motion for Discovery on or before July 20, 2009.

 

                                `/s/   July 8, 2009`
                                Royce C. Lamberth, Chief Judge
                                United States District Court
                                for the District of Columbia